UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HIWET KAHSAI,

                Plaintiff,

   v.

CAROLYN COLVIN, Acting Commissioner of Social Security,

                Defendant.

Case No. C13-1062-RSL-BAT

**REPORT AND RECOMMENDATION**

Hiwet Kahsai seeks review of the denial of her Supplemental Security Income application. Dkt. 3. The parties stipulate the case should be **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 23. On remand, the Administrative Law Judge ("ALJ") will: reevaluate plaintiff's residual functional capacity in consideration of the opinions of record. If the ALJ rejects an opinion, the ALJ will provide sufficient rationale in support. The ALJ will determine to what extent, if any, the claimant s upper arm limitations affect her capacity to perform work-related functions. In addition, the ALJ will clarify plaintiff's ability to speak and/or write in English. The ALJ will reevaluate plaintiff's credibility in a manner consistent with Social Security Ruling 96-7p. The ALJ will obtain vocational expert evidence to determine the extent plaintiff's limitations impact the occupational base, including any limitations concerning her dominate upper right extremity.

REPORT AND RECOMMENDATION - 1

1 The ALJ will clarify the vocational expert testimony and reconcile the testimony in consideration
2 of the *Dictionary of Occupational Titles*, pursuant to Social Security Ruling 00-4p.
3     Plaintiff is entitled to reasonable attorney fees pursuant to 28 U.S.C. § 2412, upon proper
4 request to this Court.
5     Because the parties have stipulated the case be remanded as set forth above, the Court
6 recommends United States District Judge Robert S. Lasnik immediately approve this Report and
7 Recommendation and order the case **REVERSED** and **REMANDED** for further administrative
8 proceedings. A proposed order accompanies this Report and Recommendation.
9     DATED this 18th day of December, 2013.

                                         BRIAN A. TSUCHIDA
                                         United States Magistrate Judge