UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HIWET KAHSAI,<br><br>                Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                Defendant. | Case No. C13-1062-RSL<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff moves the Court to award attorney fees of **$1,771.19**: $4,636.50 under 42 U.S.C. § 406(b), minus the $2,865.31 she has already received under the Equal Access to Justice Act. Dkt. 29. The motion is unopposed. As such, the Court recommends the motion be **GRANTED**, and if adopted, be approved immediately. A proposed order accompanies this Report and Recommendation.

DATED this 21st day of November, 2014.

                                                                    /s/ *signature*
                                                         BRIAN A. TSUCHIDA
                                                         United States Magistrate Judge

REPORT AND RECOMMENDATION - 1