UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HIWET KAHSAI,

                 Plaintiff,

    v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

                 Defendant.

Case No. C13-1062-RSL

**ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b)**

The Court having considered the Report and Recommendation of the Honorable Brian A. Tsuchida and the record ORDERS:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's attorney Amy Gilbrough is awarded an attorney fee of $4,636.50 pursuant to 42 U.S.C. § 406(b). Plaintiff's attorney has already received $2,865.31 under the Equal Access to Justice Act, leaving a remaining fee of $1,771.19. The Social Security Administration is directed to send **$1,771.19** to plaintiff's attorney, minus any applicable processing fees as allowed by statute.

(3) The Clerk shall provide a copy of this order to the parties.

DATED this 8th day of December, 2014.

                 /s/ Robert S. Lasnik
                 Robert S. Lasnik
                 United States District Judge

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(B) - 1